# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-351
Lower Tribunal No. 21-22751
_____

**Nashid Sabir, et al.,**
Appellants,

vs.

**1560-1568 Drexel Avenue, LLC,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

BLU Ocean Law Group, P.A., and Nashid Sabir, for appellants.

Roniel Rodriguez, IV, P.A., and Roniel Rodriguez IV, for appellee.

Before EMAS, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court [cannot] properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").